A. McCallum, F. Nooney and William P. Sumner, Plaintiffs in Error, vs. Elisha Gee, Defendant in Error.

Writ of error to Circuit Court, Duval county; Rhydon M. Call, Judge.

John E. Hartridge and M. C. Jordan, for Plaintiffs in Error.

A. W. Cockrell & Son, for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.